UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROBERSON,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondent. | No. 2:20-cv-0956 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

    Petitioner, a state prisoner at California State Prison, Corcoran, has filed a document styled as a motion to stay this action. (ECF No. 1.) No other pleadings have been filed by the petitioner. By order dated May 14, 2020, petitioner was directed to file an application to proceed in forma pauperis or pay the filing fee within thirty days and warned that failure to comply would result in a recommendation that this action be dismissed. (ECF No. 3.) Those thirty days have passed, and petitioner has not filed an application to proceed in forma pauperis, paid the filing fee, requested additional time to do so, or otherwise responded to the court's order. Accordingly, the court will recommend that this action be dismissed for failure to prosecute and failure to comply with court orders. See Fed. R. Civ. P. 41(b); L.R. 110.

    In accordance with the above, the Clerk of the Court is ORDERED to randomly assign this action to a District Judge.

////

////

1

1     IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

2     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within thirty (30) days after being served with these findings and recommendations, petitioner may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 18, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Habeas/robe0956.f&r.dism